Entered on Docket
November 02, 2009

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

---

JEFFREY G. SLOANE, ESQ.
Nevada Bar No. 000784
KRAVITZ, SCHNITZER, SLOANE
& JOHNSON CHTD
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4143
JSloane@kssattorneys.com
Attorneys for Creditor/Movant
WELLS FARGO FINANCIAL NEVADA 2 INC.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: ) | In Proceedings Under |
| ) | Chapter 13 |
| OSCAR E. WILEY and ) | |
| CHRYSTAL A. WILEY ) | BK-S-09-11981-MKN |
| ) | |
| Debtors. ) | Date:   October 14, 2009 |
| ) | Time:   1:30 PM |

<u>ORDER GRANTING MOTION FOR RELIEF FROM STAY</u>

Creditor, WELLS FARGO FINANCIAL NEVADA 2 INC.'s Motion For Relief From Stay having come before this court on October 14, 2009; WELLS FARGO FINANCIAL NEVADA 2 INC., (hereinafter "Creditor"), appearing by and through its attorney, Jeffrey G. Sloane, Esq. of Kravitz, Schnitzer, Sloane, & Johnson, Chtd.; OSCAR E. WILEY and CHRYSTAL A. WILEY, ("Debtors"), having failed to appear, although duly noticed; no opposition having been filed; and, for good cause appearing,

1
2
3
4   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay afforded the Debtors pursuant to 11 U.S.C. Section 362 is hereby terminated on the following real property:

LOT FOUR (4) IN BLOCK SIX (6) OF NEWPORT TOWN HOMES AS SHOWN BY MAP THEREOF ON FILE IN BOOK 69 OF PLATS, PAGE 29 AND BY CERTIFICATES OF AMENDMENT RECORDED FEBRUARY 8, 1996 IN BOOK 960207 AS DOCUMENT NO., 00981 AND RECORDED JUNE 24, 2996 IN BOOK 960624 AS DOCUMENT DO. 01572 ALL IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

More commonly known as 507 Fragrant Orchard Street, Henderson, Nevada 89015.

IT IS FURTHERED ORDERED, ADJUDGED AND DECREED that the Creditor shall give Debtor five (5) days notice as to the date, time and location of the sale.

/ / / /

/ / / /

/ / / /

/ / / /

Upon disposition of the collateral, the Creditor shall amend or delete its Proof of Claim on file with the Court and provide the Chapter 13 Trustee notice of the same.

DATED the 23 day of October 2009.

SUBMITTED BY:

KRAVITZ, SCHNITZER, SLOANE, & JOHNSON, CHTD.

BY: _____
JEFFREY G. SLOANE, ESQ
Nevada Bar No. 000784
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Attorneys for Creditor

APPROVE/DISAPPROVE:

BY: Did Not Respond
RICK A. YARNALL, TRUSTEE
701 Bridger Ave., #820
Las Vegas, NV 89101

### #

ALTERNATIVE METHOD re: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

(  ) The Court has waived the requirement of approval under LR 9021.

(  ) No Parties appeared of filed written objections, and there is no trustee appointed in the case.

( x ) I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel for Plaintiff appeared and the Trustee has NOT responded.

Date: 10/23/09

/s/JEFFREY G. SLOANE, ESQ.
JEFFREY G. SLOANE, ESQ.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123